EVA B. STEWART, Appellant, *v.* PENN MUTUAL LIFE INSURANCE COMPANY, Respondent.

Argued May 24, 1944; decided June 14, 1944.

*Elijah W. Holt* for appellant.

*Roy P. Ohlin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.